# United States District Court
## For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 02 2011

Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA,

vs.

DANNY HERNANDEZ.

**WARRANT FOR ARREST**

CASE NUMBER: 10-CR-329-F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DANNY HERNANDEZ  and bring him or her forthwith to the nearest magistrate to answer **Superseding Indictment** charging him or her with **See Attached**  in violation of **See Attached**.

Stephan Harris
Name of Issuing Officer

/S/
Signature of Issuing Officer

By Deputy Clerk

Bail fixed at $ DETAIN

Clerk of United States of America
Title of Issuing Officer

January 13, 2011, Cheyenne, Wyoming
Date and Location

By: _____ Alan B. Johnson

United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  USMS Cellblock

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  3/1/11 | Justin Cline  DUSM | |