**FILED**



*11:41 am, 3/3/11*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

DANNY HERNANDEZ
_____
DEFENDANT

Case No. 10-CR-329-F    Date 3/3/11
Time 11:02 - 11:22
☑ Indictment    ☐ Information
☐ Complaint     ☐ Other

Offense Conspiracy

Before the Honorable, Scott W. Skavdahl        Recorded FTR Courtroom 3  ☐ Disk NO.

Zac Fisher          Jan Davis           Laura M. Harris        Jim Anderson         Jon Goodman
Deputy Clerk        Court Reporter      Probation Officer      Asst. U.S. Attorney  Marshal

INTERPRETER _____

Appeared    ☐ Voluntarily
            ☑ In-Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing    Mark Anzman
            ☐ FPD    ☑ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance    Date _____    (Comments) _____

   **BOND IS**    ☑ Defendant is detained
                  ☐ Set at $_____    ☐ Cash or Surety    ☐ Unsecured
                  ☐ Continued on the same terms and conditions
                  ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local        ☐ Maintain current residence
☐ Seek/Maintain employment                        ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                   ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Abide by the following curfew
☐ Not use or possess alcohol                      ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                       ☐ Avoid all contact with
☐ Submit to drug/alcohol testing                  ☐ Post property or sum of money _____
☐ Do not obtain passport                          ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____
_____
_____

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing      Date _____
☐ Defendant detained -  Reasons
_____
_____
_____

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived    ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
     ☐ Bond to transfer    Defendant to report on or before _____
     ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2. Preliminary hearing      Date _____
    Witnesses _____
_____

    Outcome
     ☐ Bound over to U.S. District Court    ☐ Dismissed

☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1    of an Indictment
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☑ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☑ Motions to be filed in 20 days or On / Before _____ | ☐ Defendant advised on consequence of a plea of guilty |
| | ☐ Plea agreement filed |
| ☑ Trial date set for 5/9/11 at 8:30 a.m. In Cheyenne, Wyoming | ☐ Sentencing set for _____ at _____ In _____ |
| ☑ Speedy trial expires on 5/10/11 | ☐ Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court