Mark C. Anzman
400 East 20th Street
Cheyenne, WY 82001
(307) 635-1661
Attorney for Defendant

```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF WYOMING

                                  MAR 30 2011

                              Stephan Harris, Clerk
                                    Cheyenne
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Case No. 10 CR 329-F |
| ) | |
| Danny Hernandez, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO APPOINT AN INVESTIGATOR AT GOVERNMENT EXPENSE**

COMES NOW, the Defendant Danny Hernandez, by and through Counsel Mark C. Anzman, and his Motion to Appoint an Investigator at Government Expense does allege and state:

1. That this request is pursuant to the Criminal Justice Act and is needed in order for the Defendant to receive due process of law and a fair trial.

2. That the Defendant should be allowed to have an investigator so that the Defendant may fully investigate all aspects of the Defendant's case in preparation for Trial.

WHEREFORE the Defendant prays for the following relief:

1. That the Court allow the defense to hire an investigator to assist the defense in preparation for trial at the Government's expense.

3. Counsel for Danny Hernandez, has previously used Mr. Steve Reese as an investigator in other matters. Mr. Reese is an experienced investigator and has agreed to perform investigation services at the rate determined by the Court. Mr. Reese's address is 1111 East Lincoln Way, Suite 107 , Cheyenne, Wyoming 82001.

4. That the Court decree such other additional and further relief as the Court deems to by just and equitable.

DATED this 30TH day of March, 2011

By: _____
Mark C. Anzman
Attorney at Law
400 East 20th Street
Cheyenne, WY 82001

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing instrument was served upon the following parties to this action via Clerk's Office Box on this 30TH day of March, 2011.

Darrell Fun
Assistant United States Attorney

_____
Mark C. Anzman