

# MARK C. ANZMAN
*Attorney at Law* *

RECEIVED

JUN - 2 2011

CLERK, U.S.D.C.
CHEYENNE, WYOMING

June 1, 2011

Marsella Hernandez
307 West Palo Alto
Clovis, California 93612

Re:    US v. Danny Hernandez
       Case No. 10 CR 329-F

Dear Ms. Hernandez:

Please accept this letter as a release from your obligations under the subpoena that was
served upon you on April 22, 2011. Your testimony will no longer be necessary in the
above matter. Feel free to call me if you have any questions.

Very truly yours,

Mark C. Anzman

CC:    Clerk of Courts
       Judge Freudenthal

400 EAST 20ᵀᴴ STREET, CHEYENNE, WYOMING 82001
TELEPHONE (307) 635-1661 FACSIMILE (307) 635-2188
*ADMITTED IN OHIO, WYOMING & NEBRASKA