Mark C. Anzman #6-3569
400 East 20th Street
Cheyenne, WY 82001
Tele: (307) 635-1661

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 17 2011

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Danny Hernandez** )<br>)<br>)<br>**Defendant.** )<br>) | Case No. 10 CR 329-F |

**MOTION TO WITHDRAW PLEA AGREEMENT**

Comes now Danny Hernandez, by and through his Counsel, Mark C. Anzman, and hereby moves this Court to withdraw his previously signed and filed Plea Agreement. Defendant desires to go forward with a Jury Trial in this matter.

DATED this 17th day of August, 2011.

_____
Mark C. Anzman
Attorney for the Defendant
400 East 20th Street
Cheyenne, WY 82001
(307) 635-1661

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via electronic notice on the 17th day of August 2011, to all parties and to the following person(s):

>Darrell Fun
>Assistant US Attorney
>
>_____
>Mark C. Anzman