# CRIMINAL MINUTE SHEET
☐ Arraignment / Change of Plea ☑

Date 09/20/11
Time 12:18 pm - 12:48 pm

Case No. 10-CR-329-8F
Interpreter none
Int. Phone

## USA vs. DANNY HERNANDEZ

| Nancy D. Freudenthal | Abby Logan | Jan Davis | John Olive | Phil Feezer |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**
Government  Darrell L. Fun
Defendant   Mark Anzman
☑ CJA   ☐ FPD   ☐ RET   ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☐ Guilty to Count(s) 1 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ____ days or on/before
☐ Trial date set for _____ at _____
   In _____
☐ Speedy trial expires on _____
☐ Other

**GUILTY PLEA**
☐ Court is satisfied there is factual basis for plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☑ Sentencing set for 11/29/11 at _____
   In Cheyenne before Chief Judge Nancy D. Freudenthal
☐ Plea conditionally accepted
☐ Count(s) _____ to be dismissed at time of sentencing

**BOND IS**  ☑ Defendant is detained
☐ Set at $ _____  ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to _____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money _____
☐ Do not obtain passport